# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff* <br> v. <br> 14.9 ACRES OF LAND, more or less, situate in Klickitat County, State of Washington; CAROL F. GARCIA; LARRY L. GARCIA; BRIAN P. FLETCHER; AND MILLIE C. FLETCHER <br> *Defendant* | Civil Action No. 2:12-CV-3149-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Approving Settlement and Stipulation of Just Compensation entered on July 23, 2015, Judgment shall be and is hereby, entered against the United States in the amount of $62,000.00.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 7/23/15

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler